```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34927
    TONY J KNOX
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9635


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/01/05 and confirmed on 03/31/06.

    2.  The case was converted to Chapter 7 after confirmation, 12/21/2007.

    3.  The Debtor paid a total of $  55309.36 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| OPTION ONE MTGE | CURRENT MORTG | 41724.27 | .00 | 41724.27 |
| OPTION ONE MTGE | MORTGAGE ARRE | 25877.36 | .00 | 8642.69 |
| WILL COUNTY TREASURER | SECURED | 745.00 | 86.67 | 238.43 |
| RISK MGMT ALTERNATIVES | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ORAL SURGEON | UNSECURED | NOT FILED | .00 | .00 |
| M M AHSAN SC MD | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 6360.22 | .00 | .00 |
| CONSUMER FINANCE CO | UNSECURED | 6365.66 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 68346.63 | .00 | 12725.88 | .00 | 81072.51 |
| PRINCIPAL PAID | 50605.39 | .00 | .00 | .00 | 50605.39 |
| INTEREST PAID | 86.67 | .00 | .00 | .00 | 86.67 |
| TOTAL PAID | 50692.06 | .00 | .00 | .00 | 50692.06 |

```
The Debtor's attorney, PAUL M BACH                , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    1917.30 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/11/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 05 B 34927 TONY J KNOX